IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW M. HOYT,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

  v.                                                  Case No.  15-cv-437-jdp

BOBBIE JO GILDEN,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Bobbie Jo Gilden's motion for summary judgment and dismissing this case.

  /s/                                                        1/10/2017
Peter Oppeneer, Clerk of Court                          Date